5: 15-cv-1157

# EXHIBIT A

## NOTICE OF CONSENT

I consent to be a party plaintiff in this action and, if necessary, a subsequent action, to recover any unpaid wages owed to me by VOYAGER ENERGY SERVICES, VOYAGER CONSTRUCTION, THOMPSON GROUP, SAND X, JERRY DON THOMPSON, AND/OR RELATED ENTITIES AND PERSONS.

_Beckie Ballard_
Signature

_Beckie Lynn Ballard_
Full Legal Name (print)

_9-16-2015_
Date